Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

AMANDA NAN SANCHEZ

CASE NO: 14-70015-HDH-13
HEARING DATE: 3/12/2014
HEARING TIME: 10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 3/12/2014 at 10:00 AM at the following location

LIVE HEARING: US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s') Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing. The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 3/12/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:   2/6/2014                                Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   2/6/2014

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

```
ACE CASH EXPRESS 3605 KEMP BLVD  WICHITA FALLS TX 76308
AFNI ATTENTION BANKRUPTCY 1310 MARTIN LUTHER KING DR BLOOMINGTON IL 61701
AMANDA NAN SANCHEZ 4206 THOMAS  WICHITA FALLS TX 76308
ASSET ACCEPTANCE ATTN: BANKRUPTCY DEPT PO BOX 2036 WARREN MI 48090
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
BARRETT DAFFIN FRAPPIER TURNER & ENGLE LLP 15000 SURVEYOR BLVD SUITE 100 ADDISON TX 75001
CITY OF WF, WFISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
DEPT OF EDUCATION/NELN 121 S 13TH ST  LINCOLN NE 68508
ER SOLUTIONS/CONVERGENT OUTSOURCING INC PO BOX 9004  RENTON WA 98057
EXECUTIVE SERVICES PO BOX 2248  WICHITA FALLS TX 76307
HARRIS & HARRIS LTD 111 W JACKSON BLVD S-400  CHICAGO IL 60604
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JAN POORE 4019 FEATHERSTON  WICHITA FALLS TX 76308
MIDLAND FUNDING 8875 AERO DR  SAN DIEGO CA 92123
PINNACLE CREDIT SERVICE ATTN BANKRUPTCY PO BOX 640 HOPKINS MN 55343
RADIOLOGY ASSOCIATES 808 BROOK AVENUE  WICHITA FALLS TX 76301
ROZLIN FINANCIAL GROUP 1628 DEKALB AVE  SYCAMORE IL 60178
TITANIUM EMERGENCY GROUP LLP PO BOX 3407 EMERGENCY ROOM PHYSICIANS WICHITA FALLS TX 76301
UNION SQUARE 1401 HOLLIDAY ST  WICHITA FALLS TX 76301
UNITED REGIONAL ATTN: BILLING DEPT 1600 11TH STREET WICHITA FALLS TX 76301
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
US BANK HOME MORTGAGE 4801 FREDERICA ST  OWENSBORO KY 42301
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WORLD WIDE FINANCIAL S 9441 LBJ FWY  DALLAS TX 75243
```