IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 1

| | | |
|---|---|---|
| AMANDA NAN SANCHEZ | Date 06/06/2014 | Debtor Attorney |
| | | MONTE J WHITE |
| 4206 THOMAS | Case Number 14-70015-HDH-13 | ATTORNEY AT LAW |
| | | 1106 BROOK AVE HAMILTON PLACE |
| WICHITA FALLS TX 76308 | 90 Day Bar Date 06/05/2014 | WICHITA FALLS,TX 76301-0000 |
| | Govt Bar Date 07/22/2014 | |

### TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims. Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | 0.00 | 3,176.00 | Legal |
| 001-1 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | | 324.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | | | 0.00 | 0.00 | Notice Only |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE STE 100<br><br>LUBBOCK,TX 79424- | | | 0.00 | 88.32 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | US BANK NATIONAL ASSOCIATION<br>4801 FREDERICA STREET<br><br>OWENSBORO,KY 42301- | 04/28/2014 | 0756 | 10,000.00 | 9,123.40 | Secured |
| 009-0 | WICHITA COUNTY<br>PO BOX 1471<br><br>WICHITA FALLS,TX 76307-1471 | 01/31/2014 | x4986 | 1,540.06 | 1,542.00 | Secured |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 2

In RE: AMANDA NAN SANCHEZ   Case Number   14-70015-HDH-13   6/6/2014

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 010-0 UNION SQUARE<br>1401 HOLLIDAY ST<br>WICHITA FALLS,TX 76301-7108 | 02/05/2014 | 1760 | 13,452.00 | 13,253.77 | Secured |
| 011-0 US BANK NATIONAL ASSOCIATION<br>4801 FREDERICA STREET<br>OWENSBORO,KY 42301- | 04/28/2014 | 0756 | 49,812.00 | 58,404.67 | Secured |
| 012-0 ACE CASH EXPRESS<br>3605 KEMP BLVD<br>WICHITA FALLS,TX 76308- | | | 1,200.00 | 0.00 | Unsecured<br>Not Filed |
| 013-0 AFNI<br>ATTENTION BANKRUPTCY<br>1310 MARTIN LUTHER KING DR<br>BLOOMINGTON,IL 61701- | | 4163 | 440.00 | 0.00 | Unsecured<br>Not Filed |
| 014-0 ASSET ACCEPTANCE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 2036<br>WARREN,MI 48090- | 02/13/2014 | 3124 | 636.00 | 638.56 | Unsecured |
| 015-0 DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN,NE 68508- | | 9124 | 6,000.00 | 0.00 | Unsecured<br>Not Filed |
| 016-0 ER SOLUTIONS/CONVERGENT OUTSOU<br>PO BOX 9004<br>RENTON,WA 98057-9004 | | 3232 | 744.00 | 0.00 | Unsecured<br>Not Filed |
| 017-0 EXECUTIVE SERVICES<br>PO BOX 2248<br>WICHITA FALLS,TX 76307-2248 | | 0020 | 249.00 | 0.00 | Unsecured<br>Not Filed |
| 018-0 HARRIS & HARRIS LTD<br>111 W JACKSON BLVD S-400<br>CHICAGO,IL 60604- | | 7484 | 3,620.00 | 0.00 | Unsecured<br>Not Filed |
| 019-0 MIDLAND FUNDING<br>8875 AERO DR<br>SAN DIEGO,CA 92123- | | 3103 | 656.00 | 0.00 | Unsecured<br>Not Filed |
| 020-0 JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS,MO 63195-3185 | 03/10/2014 | xxxxxxxxxxxxxxxxxxxx9577 | 3,220.00 | 3,255.79 | Unsecured |
| 021-0 RADIOLOGY ASSOCIATES<br>808 BROOK AVENUE<br>WICHITA FALLS,TX 76301- | | | 1.00 | 0.00 | Unsecured<br>Not Filed |
| 022-0 ROZLIN FINANCIAL GROUP<br>1628 DEKALB AVE<br>SYCAMORE,IL 60178- | | 0661 | 697.00 | 0.00 | Unsecured<br>Not Filed |
| 023-0 TITANIUM EMERGENCY GROUP LLP<br>PO BOX 3407<br>EMERGENCY ROOM PHYSICIANS<br>WICHITA FALLS,TX 76301-0407 | | | 1.00 | 0.00 | Unsecured<br>Not Filed |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 3

| In RE: | AMANDA NAN SANCHEZ | | Case Number | 14-70015-HDH-13 | 6/6/2014 |

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 024-0 | UNITED REGIONAL<br>ATTN: BILLING DEPT<br>1600 11TH STREET<br>WICHITA FALLS,TX 76301- | | | 5,500.00 | 0.00 | Unsecured<br>Not Filed |
| 025-0 | WORLD WIDE FINANCIAL S<br>9441 LBJ FWY<br><br>DALLAS,TX 75243- | | 7549 | 2,874.00 | 0.00 | Unsecured<br>Not Filed |
| 026-0 | JAN POORE<br>4019 FEATHERSTON<br><br>WICHITA FALLS,TX 76308- | | | 0.00 | 0.00 | Notice Only |
| 027-0 | BARRETT DAFFIN FRAPPIER<br>TURNER & ENGLE LLP<br>15000 SURVEYOR BLVD SUITE 100<br>ADDISON,TX 75001-4417 | | | 0.00 | 0.00 | Notice Only |
| 028-0 | CITY OF WF, WFISD, WICHITA CO<br>C/O HAROLD LEREW<br>PO BOX 8188<br>WICHITA FALLS,TX 76307-8188 | | | 0.00 | 0.00 | Notice Only |
| 029-0 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br><br>WARREN,MI 48090-2036 | 01/31/2014<br><br>NOT PROVIDED FOR IN PLAN | 0879 | 0.00 | 937.36 | Unsecured |
| 030-0 | PINNACLE CREDIT SERVICE<br>ATTN BANKRUPTCY<br>PO BOX 640<br>HOPKINS,MN 55343- | | 5770 | 0.00 | 0.00 | Notice Only |
| 031-0 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br><br>SAINT CLOUD,MN 56302-9617 | | 5770 | 0.00 | 0.00 | Notice Only |
| 032-0 | MACKIE WOLF ZIENTZ & MANN PC<br>PARKWAY OFFICE CENTER SUITE 900<br>14160 NORTH DALLAS PARKWAY<br>DALLAS,TX 75254- | | | 0.00 | 0.00 | Notice Only |
| 033-0 | US BANK HOME MORTGAGE<br>4801 FREDERICA ST<br><br>OWENSBORO,KY 42301- | | 0756 | 0.00 | 0.00 | Notice Only |
| 851-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br><br>PHILADELPHIA,PA 19101-7346 | | | 0.00 | 0.00 | Notice Only |
| 899-0 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |
| 900-0 | AMANDA NAN SANCHEZ<br><br>, | | | 0.00 | 0.00 | Dbtr Refund<br>Not Filed |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 4

In RE:   AMANDA NAN SANCHEZ                                           Case Number   14-70015-HDH-13      6/6/2014

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Robert B. Wilson

----------------------------------------
Standing Bankruptcy Trustee